AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Monica Bustillo, Eric Denis <br> *Plaintiff(s)* <br> v. <br> City of Miami, Carolina Galvez, Daniel Kerr <br> Kassandra Mercado, Marquis Williams <br> *Defendant(s)* | Civil Action No. 24-cv-22462-JB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Kassandra Mercado
    400 NW 2nd Avenue
    Miami, FL 33128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Hilton Napoleon, II
    237 S. Dixie Hwy., 4th Floor
    Coral Gables, FL 33133
    hilton@napoleonfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Jun 27, 2024

Angela E. Noble
Clerk of Court

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts